# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 23-1089, 23-1182     2. **DATE DOCKETED:** 4-3-2023, 7-17-2023
3. **CASE NAME** (lead parties only)   Hecate Energy LLC   v.   Federal Energy Regulatory Commission
4. **TYPE OF CASE:** [x] Review  [ ] Appeal  [ ] Enforcement  [ ] Complaint  [ ] Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?**  [ ] Yes  [x] No
   If YES, cite statute _____
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: Federal Energy Regulatory Commission
   b. Give agency docket or order number(s): Nos. ER22-2110-000, ER22-2110-001, ER22-2110-002
   c. Give date(s) of order(s): 11-29-2022, 1-30-2023, and 7-6-2023
   d. Has a request for rehearing or reconsideration been filed at the agency? [x] Yes  [ ] No
      If so, when was it filled? 12-29-2022   By whom? Hecate Energy LLC
      Has the agency acted?  [x] Yes  [ ] No  If so, when? 01-30-2023
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      16 U.S.C. § 825l(b) authorizes any party aggrieved by a FERC order of the type at issue here to petition for review in this Court. Petitioner was aggrieved by the three FERC orders at issue here.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      [x] Yes  [ ] No  If YES, identify case name(s), docket number(s), and court(s)
      Lee County Generating Station, LLC v. FERC, No. 23-1086 (D.C. Cir.) seeks review of the same orders, and has already been consolidated with Nos. 23-1089 and 23-1182.
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      [ ] Yes  [x] No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
      _____
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?  [ ] Yes  [x] No  If YES, provide program name and participation dates.
      _____

Signature /s/ Aaron M. Streett     Date 08-25-2023
Name of Counsel for Appellant/Petitioner  Aaron M. Streett
Address  910 Louisiana, Houston, Texas 77002
E-Mail  aaron.streett@bakerbotts.com     Phone ( 713 ) 229-1855     Fax ( 713 ) 229-7855

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2023 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. All participants in this case registered with CM/ECF will be served by the CM/ECF system.

Date: August 25, 2023

*/s/ Aaron M. Streett*
Aaron M. Streett
BAKER BOTTS LLP
910 Louisiana St.
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com

*Counsel for Petitioner Hecate Energy LLC*